Attorney General, for respondent.

No. —, original, October Term, 1942. EX PARTE EDWARD J. BORAH. See *post*, p. 807.

No. 201. TROJAN POWDER CO. *v.* NATIONAL LABOR RELATIONS BOARD. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. A. V. Cherbonnier* and *Robert A. Lilly* for petitioner. *Solicitor General Fahy, Mr. Robert B. Watts,* and *Miss Ruth Weyand* for respondent.

No. 334. NATIONAL LABOR RELATIONS BOARD *v.* AMERICAN TUBE BENDING CO., INC. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Fahy* and *Mr. Robert B. Watts* for petitioner. *Mr. Luke H. Stapleton* for respondent.

No. 293. BROOKS, DOING BUSINESS AS EAST SIDE ICE & FUEL CO., ET AL. *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Loyd E. Roberts* for petitioners. *Mr. Clifford B. Kimberly* for respondent.

No. 298. ROBERTS *v.* UNITED STATES. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Lester S.*